Lange, Simpson & Brantley, of Birmingham, for appellant.

B. F. Smith, of Birmingham, for appellee.

RICE, J.

Appeal dismissed by consent of parties.

149 So. 923

**BIRMINGHAM WATER WORKS CO. v. Ella LARKIN.**

6 Div. 468.

Court of Appeals of Alabama.
June 6, 1933.

Benners, Burr, McKamy & Forman, of Birmingham, for appellant.

Ewing, Trawick & Clark, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by appellant.

144 So. 919

**Jesse Pearl BISHOP v. STATE.**

4 Div. 938.

Court of Appeals of Alabama.
Nov. 15, 1932.

Guy W. Winn, of Clayton, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, J.

Affirmed.

139 So. 910

**William BLACK v. STATE.**

8 Div. 472.

Court of Appeals of Alabama.
Feb. 2, 1932.

RICE, J.

Appeal dismissed.

142 So. 919

**Ernest BLACKBURN v. STATE.**

8 Div. 551.

Court of Appeals of Alabama.
May 24, 1932.

BRICKEN, P. J.

Affirmed.

148 So. 916

**Ernest BLACKBURN v. STATE.**

8 Div. 792.

Court of Appeals of Alabama.
June 6, 1933.

BRICKEN, Presiding Judge.

Affirmed.

144 So. 919

**Jurdie BLACKMAN v. STATE.**

4 Div. 909.

Court of Appeals of Alabama.
Nov. 15, 1932.

SAMFORD, J.

Appeal dismissed.

142 So. 919

**Clarence BLAKE v. CITY OF ATTALLA.**

7 Div. 892.

Court of Appeals of Alabama.
May 26, 1932.

PER CURIAM.

Appeal dismissed for want of prosecution.